COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00871-CV |
| Style: | Playa Vista LP, Morgan-Multi Family LLC, and Scott Morgan |
| | v. Lakeside Re, LP, GSRE, Inc., and Avi Ron |
| Date motion filed[*]: | July 15, 2015 |
| Type of motion: | Agreed Motion to Dismiss |
| Party filing motion: | Appellants |
| Document to be filed: | N/A |

Is appeal accelerated?        No.

Ordered that motion is:
- ☐ Granted
- ☒ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☒ Other: _____

On May 15, 2015, the Clerk of this Court notified the parties that this appeal was stayed pursuant to the Suggestion of Bankruptcy filed by the appellees on May 14, 2015, and that the Court would take no further action until the parties move to reinstate after the bankruptcy has concluded. Accordingly, although it is agreed, the appellants' motion to dismiss is **denied without prejudice** to refiling after a motion to reinstate this appeal has been filed attaching the bankruptcy court's order lifting the stay or terminating the bankruptcy. *See* TEX. R. APP. P. 8.3(a).

Judge's signature: _/s/ Laura Carter Higley
                          ☒ Acting individually        ☐ Acting for the Court

Date:  July 21, 2015

November 7, 2008 Revision